IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Petitioner,

v.                                        CASE NO. 4:13cv5-RH/GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The petition is DISMISSED without prejudice. The clerk must close the file.

SO ORDERED on September 14, 2013.

                                               s/Robert L. Hinkle
                                               United States District Judge